**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CHRISTOPHER C.,**

      **Plaintiff,**

      **v.**

**MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

                **Case No. 2:24-cv-3641
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court on the Parties' Joint Motion for Remand. (ECF No. 9.) The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g) and for the Court to enter judgment in favor of Plaintiff. (*Id.*) Accordingly, this matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative proceedings. Per the Parties' Joint Motion, upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled, offer another administrative hearing, and issue a new decision.

      The Joint Motion to Remand is **GRANTED**. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and terminate this case.

      **IT IS SO ORDERED.**

**12/2/2024**
**DATE**

      **s/Edmund A. Sargus, Jr.**
      **EDMUND A. SARGUS, JR.**
      **UNITED STATES DISTRICT JUDGE**