# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHRISTOPHER C.,**

    **Plaintiff,**

    v.                                Case No. 2:24-cv-3641
                                      Judge Edmund A. Sargus, Jr.
                                      Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion for an Award of Attorneys' Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 12.) The Parties stipulated to an award of attorney's fees in connection with the resolution of this case. (*Id.*)

The Court **GRANTS** the parties' Joint Motion. (ECF No. 12.) The Commissioner shall pay Plaintiff's attorney's fees in the amount of $4,375.00 and litigation costs of $0.00. After the Court enters this award, counsel for the Parties shall verify whether Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff.

The case remains closed.

**IT IS SO ORDERED.**

**2/27/2025**                                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**